STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| AGCS MARINE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>MAINFREIGHT, INC., and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO.: 2:14-cv-01257-JAK (RZx)<br><br>Assigned to: Hon. John A. Kronstadt<br>                        Courtroom 750<br><br>**JUDGMENT AGAINST THIRD PARTY DEFENDANT AKOP KARAPETYAN D/B/A V&R TRUCKING**<br><br>JS-6 |
| --- | --- |
| AND RELATED CROSS-CLAIMS. | |

_____
JUDGMENT

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

The hearing of Cross-Complainants FLS Transportation Services, Inc., FLS Transport Inc., and FLS Transportation Services (USA), Inc.'s (collectively "the FLS Entities") motion for default judgment against Cross-Defendant Akop Karapetyan d/b/a V&R Trucking ("Karapetyan") (Dkt. 73) having been heard on January 5, 2015, and the Court having granted such motion (Dkt. 84) and awarding the FLS Entities the principal sum of $33,750.00, plus attorney's fees and costs in the amount of $49,939.50;

**IT IS SO ORDERED AND ADJUDGED** that the FLS Entities shall recover the sum total of $83,689.50 from Karapetyan. Interest shall accrue on the full amount of this Judgment at the rate of ten percent (10%) per annum.

Dated: February 6, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 1 -
PROOF OF SERVICE