# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY, | CASE NO. 14-cv-1257-JAK-RZ |
| Plaintiff, | **JUDGMENT AGAINST THIRD PARTY DEFENDANT AKOP KARAPETYAN D/B/A V&R TRUCKING** |
| v. | |
| MAINFREIGHT, INC.; FLS TRANSPORTATION SERVICES, INC.; FLS TRANSPORT INC.; FLS TRANSPORTATION SERVICES (USA) INC.; and DOES 1 through 20, inclusive, | **JS-6** |
| Defendants. | |
| AND RELATED CROSS-CLAIMS. | |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

The hearing of Third Party Plaintiff Mainfreight, Inc.'s motion for default judgment against Third Party Defendant Akop Karapetyan d/b/a V&R Trucking ("Karapetyan") (Dkt. 73) having been heard on January 5, 2015, and the Court having granted such motion (Dkt. 84, 90) and awarding Mainfreight, Inc. the principal sum of $125,000 and, thereafter, attorney's fees and costs in the amount of $29,680.00;

**IT IS SO ORDERED AND ADJUDGED** that Mainfreight, Inc. shall recover the sum total of $154,680.00 from Karapetyan. Interest shall accrue on the full amount of this Judgment at the legal rate.

Dated: February 6, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE